THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORMAND JEFFREY BANA, a single man, KATE DELOSA, a single woman, LAARNI MENDOZA, a single woman, and MICHELLE MENDOZA, a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TACOMA, a Municipal Corporation,<br><br>Defendant. | No. C08-5493 KLS<br><br>STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT TO ADD ADDITIONAL PARTY AND TO CLARIFY AND ADD CLAIMS AGAINST CITY OF TACOMA |

**STIPULATION**

IT IS STIPULATED by and between the parties through their undersigned attorneys of record that the plaintiffs be granted leaved pursuant to Fed. R. Civ. P. 15(a) to file a First Amended Complaint in this matter to add an additional defendant, The Robert Larson Automotive Group, Inc., d/b/a Robert Larson's Toyota of Tacoma, and to clarify and add claims against defendant City of Tacoma. The proposed amended complaint is attached as Exhibit 1.

This stipulation is in recognition that the civil rules provide that leave to amend shall be freely given, and this stipulation shall not be construed as implicit acknowledgment as to the viability of any of the amended claims.

STIPULATION AND ORDER GRANTING
LEAVE TO AMEND COMPLAINT – Page 1

LADENBURG
LAW, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

DATED this 21st day of July 2009.

LADENBURG LAW, PLLC				ELIZABETH A. PAULI, City Attorney

/s/_____		/s/_____
JOHN W. LADENBURG, JR., WSBA #26249		JEAN P. HOMAN, WSBA #27084

## ORDER

IT IS ORDERED that the plaintiffs be granted leaved pursuant to Fed. R. Civ. P. 15(a) to file a First Amended Complaint in this matter to add additional defendant The Robert Larson Automotive Group, Inc., d/b/a Robert Larson's Toyota of Tacoma, and to clarify and add claims against defendant City of Tacoma.

DATED this 22nd day of July, 2009.

_____
Karen L. Strombom
United States Magistrate Judge

Presented By

LADENBURG LAW, PLLC

_____
JOHN W. LADENBURG, JR., WSBA #26349

STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT – Page 2

LADENBURG LAW, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

# CERTIFICATE OF SERVICE

I certify that on the date stated below I caused this document to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>
> Jean P. Homan
> Tacoma City Attorney's Office
> 747 Market St, Ste 1120
> Tacoma, WA 98402
> 253-591-5885 ph.
> 253-591-5755 fax
> jhoman@ci.tacoma.wa.us

☐ mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

☐ hand delivered to the following non-CM/ECF participants:

Dated July 10, 2009, at Tacoma, Washington.

_____
John W. Ladenburg, Jr.
Ladenburg Law, PLLC
1019 Pacific Ave Ste 1116
Tacoma WA 98402
253-272-5226 ph.
253-295-2326 fx.
john@ladenburglaw.com

STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT – Page 3

LADENBURG LAW, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326