THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORMAND JEFFREY BANA, a single man, KATE DELOSA, a single woman, LAARNI MENDOZA, a single woman, and MICHELLE MENDOZA, a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF TACOMA, a Municipal Corporation, and THE ROBERT LARSON AUTOMOTIVE GROUP, INC., d/b/a "Robert Larson's Toyota of Tacoma", a Washington Corporation.<br><br>Defendants. | No. C08-5493 KLS<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

The parties to this action, by their attorneys of record, stipulate that all claims and counterclaims in the above-captioned action shall be dismissed with prejudice and without an award of fees or costs to any party.

DATED this 21st day of September, 2010.

//

//

//

STIPULATION AND ORDER OF DISMISSAL – Page 1

LADENBURG LAW, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

LADENBURG LAW, PLLC

_____/s/_____
John W. Ladenburg, Jr., WSBA #26349
Attorney for Plaintiffs
1019 Pacific Ave Ste 1116
Tacoma WA 98402
Tel: 253. 272.5226
Fax: 253. 295.2326
john@ladenburglaw.com

ELIZABETH A. PAULI, City Attorney

_____/s/_____
JEAN P. HOMAN, WSBA #27084
Attorney for Defendant City of Tacoma
Tacoma City Attorney's Office
747 Market St Ste 1120
Tacoma WA 98402
Tel: 253-591-5885
Fax:  253591-5755
jhoman@ci.tacoma.wa.us

SCHWABE, WILLIAMSON & WYATT, P.C.

_____/s/_____
Jennifer L. Campbell, WSBA #31703
Attorney for Defendant Larson Automotive Group, Inc.
1420 5th Ave Ste 3010
Seattle, WA 98104
Tel: 206-622-1711
Fax: 206-292-0460
jcampbell@schwabe.com

STIPULATION AND ORDER OF DISMISSAL – Page 2

LADENBURG LAW, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

**ORDER**

THIS MATTER having come before the Honorable Karen L. Strombom on the foregoing stipulation of the parties, and the Court being otherwise fully advised, it is hereby

ORDERED, that the above-captioned matter is dismissed with prejudice and with no award of fees or costs.

DATED this 21st day of September, 2010.

_____
Karen L. Strombom
United States Magistrate Judge

Presented By

LADENBURG LAW, PLLC

_____/s/_____
JOHN W. LADENBURG, JR., WSBA #26349
Attorney for Plaintiffs

STIPULATION AND ORDER OF DISMISSAL – Page 3

LADENBURG LAW, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326

**CERTIFICATE OF SERVICE**

I certify that on the date stated below I caused this document to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Jean P. Homan | Jennifer L. Campbell |
| Tacoma City Attorney's Office | Schwabe, Williamson & Wyatt, P.C. |
| 747 Market St, Ste 1120 | 1420 5th Ave Ste 3010 |
| Tacoma, WA 98402 | Seattle, WA 98104 |
| 253-591-5885 ph. | Tel: 206-622-1711 |
| 253-591-5755 fax | Fax: 206-292-0460 |
| jhoman@ci.tacoma.wa.us | jcampbell@schwabe.com |

☐ mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

☐ hand delivered to the following non-CM/ECF participants:

Dated September 21, 2010, at Tacoma, Washington.

    __/s/_____
John W. Ladenburg, Jr.
Ladenburg Law, PLLC
1019 Pacific Ave Ste 1116
Tacoma WA 98402
253-272-5226 ph.
253-295-2326 fx.
john@ladenburglaw.com

STIPULATION AND ORDER OF DISMISSAL – Page 4

LADENBURG LAW, PLLC
Attorneys At law

1019 Pacific Ave. Suite 1116
Tacoma, Washington 98402
Phone: (253) 272-5226
Facsimile: (253) 295-2326